**Order entered December 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00182-CR
No. 05-13-00183-CR
No. 05-13-00184-CR
No. 05-13-00185-CR

**THOMAS EPPELSHEIMER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-71623-X, F11-71319-X, F11-71624-X, F11-71625-X**

## ORDER

On October 9, 2013, the Court ordered court reporter Jan Cherie Williams to file, within fifteen days, a supplemental record containing State's Exhibit no. 16, a CD. When the exhibit was not filed by November 5, 2013, the Court ordered Ms. Williams to file a supplemental record containing the exhibit within ten days. We further warned Ms. Williams that if she did not file the exhibit within the time specified, we would order that she not sit as a court reporter until she filed the exhibit in these cases. To date, Ms. Williams has not filed the supplemental reporter's record containing the exhibit, nor has she communicated with the Court regarding the status of the exhibit.

Accordingly, the Court **ORDERS** court reporter Jan Cherie Williams to file, by **DECEMBER 23, 2013**, a supplemental record containing a copy of State's Exhibit no. 16, a CD. We further **ORDER** that Jan Cherie Williams not sit as a court reporter until she files the supplemental record in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to: the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6; Jan Cherie Williams, official court reporter, Criminal District court No. 6; the Dallas County Auditor; and to counsel for all parties.

/s/     LANA MYERS
JUSTICE